384 A.2d 983

Commonwealth v. Brewster, Appellant.

Argued November 18, 1977.   Andrew M. Miller, for appellant;   C. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.